**ORIGINAL**

AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

| | |
|---|---|
| DOROTHY SOO-LIU LAM et al | JUDGMENT IN A CIVIL CASE |
| Plaintiff(s), | Case: CV 00-00450DAE-FIY |
| V. | FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII |
| | December 11, 2000 |
| RICHARD ALLYN MOODY, et al | At 4 o'clock and 00 min p.m. WALTER A.Y.H. CHINN, CLERK |
| Defendant(s). | |

[ ]  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[✓]  **Decision by Court**. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that Judgment is entered in favor of defendants and against plaintiff. IT IS FURTHER ORDERED that plaintiff shall not file any additional actions in federal court without appropriate and qualified legal counsel, all pursuant to the "Order Granting Defendants' Motion To Dismiss", filed on December 4, 2000.

cc:   all counsel of record

| December 11, 2000 | WALTER A.Y.H. CHINN |
|---|---|
| Date | Clerk |
| | (By) Deputy Clerk |

61.